NUMBER 13-07-400-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_____________________________________________________________



DIONICIO ROBLES, JR., Appellant,


v.



THE STATE OF TEXAS, Appellee.

______________________________________________________________


On appeal from the 377th District Court 


of Victoria County, Texas.


_____________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 Appellant, DIONICIO ROBLES, JR., perfected an appeal from a judgment entered
by the 377th District Court of Victoria County, Texas, in cause number 07-3-22,994-D. 
The State and counsel for appellant have now filed a joint motion to dismiss due to the
death of appellant, Dionicio Robles, Jr.

 In accordance with Tex. R. App. P. 7.1(a)(2), we hereby order this appeal
permanently ABATED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and 

filed this the 4th day of October, 2007.